```
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

HILDA L SOLIS, SECRETARY OF          No   MISC 10-80302 VRW
LABOR, UNITED STATES DEPARTMENT
OF LABOR,                                 ORDER

    Petitioner,

    v

MZS CORPORATION,

    Respondent.
_____/

On December 9, 2010, Secretary of Labor Hilda L Solis ("petitioner") filed a petition to enforce an administrative subpoena against respondent MZS Corporation. Doc #1. Respondent is hereby ORDERED to SHOW CAUSE in writing on or before January 14, 2011 why the petition should not be granted. Petitioner is DIRECTED to serve a copy of this order on respondent and file a proof of service with the court. Failure to respond to this order

on or before January 14, 2011 shall be deemed grounds to grant the petition.

IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
United States District Chief Judge